IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG VAN ARSDEL, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-2579 |
| | : | |
| v. | : | |
| | : | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 29th day of March, 2016, after considering the motion of the defendant, Liberty Life Assurance Company of Boston, for summary judgment on counts I and II of the amended complaint (Doc. No. 17); and after reviewing the defendant's appendix of evidentiary materials in support of the motion (Doc. No. 18), memorandum of law in support of the motion (Doc. No. 20), and statement of material facts in support of the motion (Doc. No. 21); and after considering the motion for summary judgment filed by the plaintiff, Craig Van Arsdel, and the supporting memorandum of law and evidentiary materials (Doc. No. 19); and after considering the defendant's response to the plaintiff's statement of facts (Doc. No. 23) and brief in opposition to the plaintiff's motion for summary judgment (Doc. No. 24); and after reviewing the amended complaint (Doc. No. 3) and the answer and affirmative defenses (Doc. No. 22); and after hearing oral argument from counsel; and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The defendant's motion for summary judgment (Doc. No. 17) is **GRANTED**;

2.  Judgment is **ENTERED** in favor of the defendant, Liberty Life Assurance Company of Boston, and against the plaintiff, Craig Van Arsdel, on Counts I (breach of contract) and II (statutory bad faith) of the amended complaint;

3.  The plaintiff's motion for summary judgment (Doc. No. 19) is **DENIED**; and

4.  The court will hold a telephone conference on **Monday**, **April 4, 2016**, at **1:30 p.m.** to discuss the timing for filing dispositive motions and other scheduling matters.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.