IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG VAN ARSDEL, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-2579 |
| | : | |
| v. | : | |
| | : | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 30th day of March, 2017, after considering (1) the motion for summary judgment, supporting memorandum of law, and statement of undisputed material facts filed by the defendant, Liberty Life Assurance Company of Boston (Doc. Nos. 33-35), (2) the motion for summary judgment, supporting memorandum of law, and statement of undisputed material facts filed by the plaintiff, Craig Van Arsdel (Doc. No. 36), (3) the parties responses to the cross motions for summary judgment (Doc. Nos. 42-44), and (4) the parties stipulation and attachments thereto (Doc. No. 32); and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion for summary judgment filed by the plaintiff (Doc. No. 36) is **GRANTED** based on the grounds set forth in the memorandum opinion;

2. The motion for summary judgment filed by the defendant (Doc. No. 33) is **DENIED**;

3. This matter is **REMANDED** to the defendant for reevaluation of the plaintiff's claim for long-term disability benefits in a manner consistent with the separately-filed memorandum opinion; and

4. The clerk of court is directed to mark this matter as **CLOSED**.[1]

                BY THE COURT:

                /s/ *Edward G. Smith*
                EDWARD G. SMITH, J.

---

[1] The case could be subject to reopening if there is a subsequent appeal from the remand of this matter to the defendant.